### No. 4.

STANIFORD *against* BARRY.  *Chittenden*, 1818.

A debtor, confined in the limits, and admitted to the poor debtor's oath, must cause a

certificate to be lodged with, or delivered to the Jailer, before he leave the limits, or his departure will be a breach of the bond.

ACTION on Jail bond.

*Plea*—Taht the the debtor, who was confined in the limits, had been admitted to the poor debtor's oath, and that the Justices had adjudged that he ought to be discharged. Demurrer.

Decided—That the plea is insufficient; the Statute makes necessary, to the discharge of the prisoner, that a certificate should be made out, by the Justices, and lodged with, or delivered to the keeper of the Jail, 1 Stat. 288, and a departure from the limits, before the delivery of such certificate, is a breach of the bond.